1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
4  Tel: (702) 805-8340
   Fax: (702) 920-8112
5  E-mail: jfoley@hkm.com
   *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN SHINKLE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DONOR NETWORK, INC., a Domestic Nonprofit Corporation; DOES I - X; ROE CORPORATIONS I -X.<br><br>Defendant. | CASE NO.: 2:20-cv-00746-APG-EJY<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** |

Plaintiff Kathryn Shinkle, by and through her counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case. Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

///

///

///

Page 1 of 3

1 | Dated this 13th day of August, 2020.

2 | HKM EMPLOYMENT ATTORNEYS LLP

3 | /s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
4 | Nevada Bar No. 9017
1785 East Sahara, Suite 300
5 | Las Vegas, Nevada 89104
Tel: (702) 805-8340
6 | Fax: (702) 920-8112
E-mail: jfoley@hkm.com
7 | *Attorney for Plaintiff*

8

9

10 | IT IS SO ORDERED.

11

12 | _____
U.S. MAGISTRATE JUDGE
13
Dated: August 13, 2020
14

15

16

17

18

19

20

21

22

23

24