1

2

3

4

5

6

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10

11

12

13

14

15

KATHRYN SHINKLE, an Individual,

Plaintiff,

vs.

NEVADA DONOR NETWORK, INC., a
Domestic Nonprofit Corporation; DOES I -
X; ROE CORPORATIONS I -X,

Defendants.

**CASE NO.: 2:20-cv-00746-APG-EJY**

**STIPULATION TO DISMISS**

16

17

18

19

20

21

22

IT IS HEREBY STIPULATED, by and between Defendants, NEVADA DONOR

NETWORK, INC., by and through their counsel Anthony B. Golden, Esq., and Charles Lee,

Esq. of GARG GOLDEN LAW FIRM and Plaintiff, KATHRYN SHINKLE, by and through

her counsel, Jenny L. Foley, Ph.D., Esq., of HKM EMPLOYMENT ATTORNEYS LLP, that

the above-captioned case be dismissed in its entirety with prejudice.  Each party is to bear their

own attorneys' fees and costs.

23

///

24

///

25

///

26

///

27

///

28

Page **1** of **2**

1    Dated this 9th day of September, 2020.      Dated this 9th day of September, 2020.

2    HKM EMPLOYMENT ATTORNEYS LLP      GARG GOLDEN LAW FIRM

3
     By: */s/Jenny L. Foley*                     By: */s/ Charles J. Lee*
4    JENNY L. FOLEY, Ph.D., ESQ.                 ANTHONY B. GOLDEN, ESQ.
     Nevada Bar No. 9017                         Nevada Bar No. 9563
5    E-mail: jfoley@hkm.com                      agolden@garggolden.com
     1785 East Sahara, Suite 300                 CHARLES J. LEE, ESQ.
6    Las Vegas, Nevada 89104                     Nevada Bar No. 13523
7    Tel: (702) 805-8340                         clee@garggolden.com
     Fax: (702) 805-8340                         3145 St. Rose Parkway, Suite 230
8    *Attorneys for Plaintiff*                   Henderson, NV 89052
                                                 Phone: (702) 850-0202
9                                                Fax: (702) 850-0204
                                                 *Attorneys for Defendant*
10

11                                               **ORDER**

12                                               IT IS SO ORDERED:

13

14

15                                               _____
                                                 UNITED STATES DISTRICT JUDGE
16

17                                               DATED:   September 10, 2020

18

19

20

21

22

23

24

25

26

27

28